UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431(MJD/JGL)**

**This Document Relates to**
**MARY KEYSER** **PLAINTIFF**

**v.**

**BAYER CORPORATION** **MDL Case No: 02-0440**

**DEFENDANT**

**ORDER APPROVING STIPULATION**
**FOR DISMISSAL OF ACTION WITH PREJUDICE**

THIS CAUSE having come before the Court on the Stipulation For Dismissal of Action With Prejudice, the Court having reviewed the file and being otherwise advised in the premises, it is

**ORDERED AND ADJUDGED** that this action, and all claims asserted or which could have been asserted in the action, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**DATED** this _____ day of JUL 0 7 2005, 2005

Michael J. Davis
United States District Judge

Copies to counsel on attached service list

SCANNED
JUL 7 2005
U.S. DISTRICT COURT MPLS